**FILED - GR**
July 28, 2025 3:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ___ /7/29

### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

Sebastian Cooper

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:25-cv-847**
**Jane Beckering- U.S. District Judge**
**Maarten Vermaat- U.S Magistrate**

v.

David Ashbay

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

### COMPLAINT
*(Print Clearly)*

#### I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐    No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?    Yes ☐    No ☐

     a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?    Yes ☐    No ☐

   4. Is the appeal still pending?    Yes ☐    No ☐

     a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐    No ☐

     a. If so, explain: _____

   _____

    (W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Sebastian Cooper_

Place of Present Confinement _Mason County Jail_

Address _302 North Delta Street Ludington, MI 49431_

Place of Confinement During Events Described in Complaint_ Mason County Jail_

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _David Ashbay_

Position or Title _Father_

Place of Employment _Fireside Convenience Store_

Address _1779 North Manlakerd. Fountain MI 49410_

Official and/or personal capacity? _Personal_

Name of Defendant #2 _Beth Hand_

Position or Title _Prosecutor_

Place of Employment _Mason County Courthouse_

Address _304 ___ Ave Ludington MI 49431_

Official and/or personal capacity? _Official_

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

- 3 -

Statement of claim:

David Ashbay was my partial legal guardian and the terms of the legal guardianship were I had get half of $13,000 each month from my monthly state disibility check which I got none of my state disibility check for 2 and half years that David Ashbay was my legal partial guardian all together it adds up to $45,000 if you add $1,500 for 30 months or 2 and half years.

Relief:
I want the court to order David Ashbay to pay me $45,000 monthly in payments of $1,500 for 30 months or 2 and half years. Please and Thank-you.

I voliteer consent to the united states magistrate judge to make all and any legal decisions in this court case!

I tried to give this to the guard that handles the money they never signed the certificet. they saw.



GRAND RAPIDS MI 493

26 JUL 2025 PM 5

FOREVER / USA

US DISTRICT COURT
399 Federal Building
110 Michigan Street NW
Grand Rapids, MI 49503

Ent BZ
7-24-25